ROBERT E. OPERA – State Bar No. 101182
  ropera@winthropcouchot.com
RICHARD H. GOLUBOW – State Bar No. 160434
  rgolubow@winthropcouchot.com
PAYAM KHODADADI – State Bar No. 239906
  pkhodadadi@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660

Telephone: (949) 720-4100
Facsimile:   (949) 720-4111

Counsel for the Official Committee of
Creditors Holding Unsecured Claims

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 8:07-13347-ES<br><br>Chapter 11 Proceeding<br><br>Adversary Proc. No. 8:09-01613 ES<br><br>**NOTICE OF DISMISSAL OF ADVERSARY CASE** |
| OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS,<br><br>Plaintiff,<br><br>v.<br><br>MY OFFICE, INC. and<br>RIVERSIDE CLAIMS, LLC<br><br>Defendants. | **[F.R.B.P. 7041(a)(1)(A) and**<br>**F.R.C.P. 41(a)(1)(A)]** |

MAINDOCS-#136397-v1-MTI_NotDismissMyOfficeCase.DOC

1  Plaintiff, the Official Committee of Creditors Holding Unsecured Claims (the "Plaintiff"),
2  for the estate of MTI Technology Corporation, a Delaware corporation, the above-captioned
3  debtor and debtor-in-possession, hereby dismisses the above-captioned adversary case.
4  The Summons has been issued, served, and no Answer or other responsive pleading, has
5  been filed. A Status Conference on the proceeding is currently set for January 14, 2010. Plaintiff
6  respectfully requests that the Status Conference for this matter be removed from the Court's
7  calendar.

9  DATED:  December 7, 2009            **WINTHROP COUCHOT**
10                                     **PROFESSIONAL CORPORATION**

12                                     By:   /s/ Richard Golubow
                                             Robert E. Opera
13                                           Richard H. Golubow
                                             Payam Khodadadi
14                                     Counsel for the Official Committee of
                                       Creditors Holding Unsecured Claims

MAINDOCS-#136397-v1-MTI_NotDismissMyOfficeCase.DOC

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 660 Newport Center Drive., 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as **NOTICE OF DISMISSAL OF ADVERSARY CASE**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 8, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Richard H Golubow    pj@winthropcouchot.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On December 8, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

VIA FIRST CLASS U.S. MAIL:

| My Office, Inc. | Riverside Claims, LLC | My Office, Inc. |
|---|---|---|
| Ronald Dean Harrell | c/o Finiti LLC | 9855 Distribution Ave. Ste. F |
| 385 Mesa Way | Attn: Rick Ganz | San Diego Ca 92121 |
| La Jolla, Ca 92037 | 7090 Samuel Morse Dr | |
| | Columbia MD 21046 | |

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 8, 2009 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

MAINDOCS-#136397-v1-MTI_NotDismissMyOfficeCase.DOC

ROBERT E. OPERA – State Bar No. 101182
 ropera@winthropcouchot.com
RICHARD H. GOLUBOW – State Bar No. 160434
 rgolubow@winthropcouchot.com
PAYAM KHODADADI – State Bar No. 239906
 pkhodadadi@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660

Telephone: (949) 720-4100
Facsimile:   (949) 720-4111

Counsel for the Official Committee of
Creditors Holding Unsecured Claims

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:07-13347-ES |
| MTI TECHNOLOGY CORPORATION, a Delaware corporation, | Chapter 11 Proceeding |
| | Adversary Proc. No. 8:09-01613 ES |
| Debtor and Debtor-in-Possession. | **NOTICE OF DISMISSAL OF ADVERSARY CASE** |
| OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS, | **[F.R.B.P. 7041(a)(1)(A) and F.R.C.P. 41(a)(1)(A)]** |
| Plaintiff, | |
| v. | |
| MY OFFICE, INC. and RIVERSIDE CLAIMS, LLC | |
| Defendants. | |

1  Plaintiff, the Official Committee of Creditors Holding Unsecured Claims (the "Plaintiff"), for the estate of MTI Technology Corporation, a Delaware corporation, the above-captioned debtor and debtor-in-possession, hereby dismisses the above-captioned adversary case.

The Summons has been issued, served, and no Answer or other responsive pleading, has been filed. A Status Conference on the proceeding is currently set for January 14, 2010. Plaintiff respectfully requests that the Status Conference for this matter be removed from the Court's calendar.

DATED: December 7, 2009

**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**


By:    /s/ Richard Golubow
         Robert E. Opera
         Richard H. Golubow
         Payam Khodadadi
Counsel for the Official Committee of
Creditors Holding Unsecured Claims

MAINDOCS-#136397-v1-MTI_NotDismissMyOfficeCase.DOC

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive., 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as **NOTICE OF DISMISSAL OF ADVERSARY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 8, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- i   Richard H Golubow    pj@winthropcouchot.com
- i   United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On December 8, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

VIA FIRST CLASS U.S. MAIL:

| My Office, Inc. | Riverside Claims, LLC | My Office, Inc. |
| Ronald Dean Harrell | c/o Finiti LLC | 9855 Distribution Ave. Ste. F |
| 385 Mesa Way | Attn: Rick Ganz | San Diego Ca 92121 |
| La Jolla, Ca 92037 | 7090 Samuel Morse Dr | |
| | Columbia MD 21046 | |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 8, 2009 | Viann Corbin | /s/ Viann Corbin |
| *Date* | *Type Name* | *Signature* |

MAINDOCS-#136397-v1-MTI_NotDismissMyOfficeCase.DOC

ROBERT E. OPERA – State Bar No. 101182
  ropera@winthropcouchot.com
RICHARD H. GOLUBOW – State Bar No. 160434
  rgolubow@winthropcouchot.com
PAYAM KHODADADI – State Bar No. 239906
  pkhodadadi@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660

Telephone: (949) 720-4100
Facsimile:   (949) 720-4111

Counsel for the Official Committee of
Creditors Holding Unsecured Claims

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:07-13347-ES |
| MTI TECHNOLOGY CORPORATION, a Delaware corporation, | Chapter 11 Proceeding |
| | Adversary Proc. No. 8:09-01613 ES |
| Debtor and Debtor-in-Possession. | **NOTICE OF DISMISSAL OF ADVERSARY CASE** |
| OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS, | **[F.R.B.P. 7041(a)(1)(A) and F.R.C.P. 41(a)(1)(A)]** |
| Plaintiff, | |
| v. | |
| MY OFFICE, INC. and RIVERSIDE CLAIMS, LLC | |
| Defendants. | |

1 | Plaintiff, the Official Committee of Creditors Holding Unsecured Claims (the "Plaintiff"),
2 | for the estate of MTI Technology Corporation, a Delaware corporation, the above-captioned
3 | debtor and debtor-in-possession, hereby dismisses the above-captioned adversary case.
4 | The Summons has been issued, served, and no Answer or other responsive pleading, has
5 | been filed. A Status Conference on the proceeding is currently set for January 14, 2010. Plaintiff
6 | respectfully requests that the Status Conference for this matter be removed from the Court's
7 | calendar.

DATED:  December 7, 2009              **WINTHROP COUCHOT**
                                      **PROFESSIONAL CORPORATION**


                                      By:    /s/ Richard Golubow
                                              Robert E. Opera
                                              Richard H. Golubow
                                              Payam Khodadadi
                                      Counsel for the Official Committee of
                                      Creditors Holding Unsecured Claims

MAINDOCS-#136397-v1-MTI_NotDismissMyOfficeCase.DOC

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive., 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as **NOTICE OF DISMISSAL OF ADVERSARY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 8, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- i   Richard H Golubow     pj@winthropcouchot.com
- i   United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On December 8, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

VIA FIRST CLASS U.S. MAIL:

| My Office, Inc. | Riverside Claims, LLC | My Office, Inc. |
| Ronald Dean Harrell | c/o Finiti LLC | 9855 Distribution Ave. Ste. F |
| 385 Mesa Way | Attn: Rick Ganz | San Diego Ca 92121 |
| La Jolla, Ca 92037 | 7090 Samuel Morse Dr | |
| | Columbia MD 21046 | |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 8, 2009 | Viann Corbin | /s/ Viann Corbin |
| *Date* | *Type Name* | *Signature* |

MAINDOCS-#136397-v1-MTI_NotDismissMyOfficeCase.DOC

ROBERT E. OPERA – State Bar No. 101182
  ropera@winthropcouchot.com
RICHARD H. GOLUBOW – State Bar No. 160434
  rgolubow@winthropcouchot.com
PAYAM KHODADADI – State Bar No. 239906
  pkhodadadi@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660

Telephone: (949) 720-4100
Facsimile:   (949) 720-4111

Counsel for the Official Committee of
Creditors Holding Unsecured Claims

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:07-13347-ES |
| MTI TECHNOLOGY CORPORATION, a Delaware corporation, | Chapter 11 Proceeding |
| | Adversary Proc. No. 8:09-01613 ES |
| Debtor and Debtor-in-Possession. | **NOTICE OF DISMISSAL OF ADVERSARY CASE** |
| | **[F.R.B.P. 7041(a)(1)(A) and F.R.C.P. 41(a)(1)(A)]** |
| OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS, | |
| Plaintiff, | |
| v. | |
| MY OFFICE, INC. and RIVERSIDE CLAIMS, LLC | |
| Defendants. | |

MAINDOCS-#136397-v1-MTI_NotDismissMyOfficeCase.DOC

Plaintiff, the Official Committee of Creditors Holding Unsecured Claims (the "Plaintiff"), for the estate of MTI Technology Corporation, a Delaware corporation, the above-captioned debtor and debtor-in-possession, hereby dismisses the above-captioned adversary case.

The Summons has been issued, served, and no Answer or other responsive pleading, has been filed. A Status Conference on the proceeding is currently set for January 14, 2010. Plaintiff respectfully requests that the Status Conference for this matter be removed from the Court's calendar.

DATED: December 7, 2009

**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**

By: /s/ Richard Golubow
    Robert E. Opera
    Richard H. Golubow
    Payam Khodadadi
Counsel for the Official Committee of
Creditors Holding Unsecured Claims

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive., 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as **NOTICE OF DISMISSAL OF ADVERSARY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On December 8, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- i    Richard H Golubow    pj@winthropcouchot.com
- i    United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On December 8, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

VIA FIRST CLASS U.S. MAIL:

| My Office, Inc. | Riverside Claims, LLC | My Office, Inc. |
|---|---|---|
| Ronald Dean Harrell | c/o Finiti LLC | 9855 Distribution Ave. Ste. F |
| 385 Mesa Way | Attn: Rick Ganz | San Diego Ca 92121 |
| La Jolla, Ca 92037 | 7090 Samuel Morse Dr | |
| | Columbia MD 21046 | |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 8, 2009 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

MAINDOCS-#136397-v1-MTI_NotDismissMyOfficeCase.DOC