ROBERT E. OPERA – State Bar No. 101182
 ropera@winthropcouchot.com
RICHARD H. GOLUBOW – State Bar No. 160434
 rgolubow@winthropcouchot.com
PAYAM KHODADADI – State Bar No. 239906
 pkhodadadi@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660

Telephone: (949) 720-4100
Facsimile:   (949) 720-4111

Counsel for the Official Committee of
Creditors Holding Unsecured Claims

**FILED & ENTERED**

**JAN 04 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:07-13347-ES |
| MTI TECHNOLOGY CORPORATION, a Delaware corporation, | Chapter 11 Proceeding |
| | Adversary Proc. No. 8: 09-01613 ES |
| Debtor and Debtor-in-Possession. | **ORDER DISMISSING ADVERSARY CASE** |
| | **[F.R.B.P. 7041(a)(1)(A) and F.R.C.P. 41(a)(1)(A)]** |
| OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS, | |
| Plaintiff, | |
| v. | |
| MY OFFICE, INC. and RIVERSIDE CLAIMS, LLC, | |
| Defendants. | |

Order#16650#76e0f5b5-4289-49f5-8b8a-d081b3524347

1     The Court, having read Notice of Dismissal of Adversary Case filed by the Plaintiff in this
2 proceeding, it is hereby
3     **ORDERED:**
4     1.    The above-referenced adversary case is hereby dismissed without prejudice; and
5     2.    The Status Conference, currently scheduled for January 14, 2010 at 9:30am, is
6 removed from the Court's calendar.

####

DATED: January 4, 2010

*Erithe A. Smith*
United States Bankruptcy Judge

Order#16650#76e0f5b5-4289-49f5-8b8a-d081b3524347

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 660 Newport Center Drive., 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as **ORDER DISMISSING ADVERSARY CASE**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐   Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On December 8, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

VIA FIRST CLASS U.S. MAIL:

| My Office, Inc. | Riverside Claims, LLC | My Office, Inc. |
|---|---|---|
| Ronald Dean Harrell | c/o Finiti LLC | 9855 Distribution Ave. Ste. F |
| 385 Mesa Way | Attn: Rick Ganz | San Diego  Ca  92121 |
| La Jolla, Ca 92037 | 7090 Samuel Morse Dr | |
| | Columbia MD 21046 | |

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 8, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

VIA E-MAIL
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 8, 2009 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Order#16650#76e0f5b5-4289-49f5-8b8a-d081b3524347

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the Court that a judgment or order entitled **ORDER DISMISSING ADVERSARY CASE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the Court via NEF and hyperlink to the judgment or order. As of December 8, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the e-mail address(es) indicated below:

- Richard H Golubow    pj@winthropcouchot.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on next page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

My Office, Inc.
Ronald Dean Harrell
385 Mesa Way
La Jolla, Ca 92037

Riverside Claims, LLC
c/o Finiti LLC
Attn: Rick Ganz
7090 Samuel Morse Dr
Columbia MD 21046

My Office, Inc.
9855 Distribution Ave. Ste. F
San Diego  Ca  92121

☐ Service information continued on next page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or e-mail and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or e-mail address(es) indicated below:

☐ Service information continued on next page

Order#16650#76e0f5b5-4289-49f5-8b8a-d081b3524347